IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SIMON ANDREW TUCK,<br><br>Defendant. | CASE NO. 3:26-MJ-5074-DAC<br><br>MAGISTRATE JUDGE DARRELL A. CLAY<br><br>**NO CONTACT ORDER** |

On February 23, 2026, I conducted an initial appearance for Defendant Simon Andrew Tuck. He is charged with one count of stalking, in violation of 18 U.S.C. §§ 2261A(2)(B). During the proceeding, the government requested issuance of a no-contact order between Mr. Tuck and the alleged victim and family members. Mr. Tuck did not object to the government's request.

Therefore, for good cause shown and in the interests of justice, Simon Andrew Tuck is to avoid all contact, whether direct or indirect (including, but not limited to, through any third persons, written communication, electronic mail, Internet-based communication, text messaging, or any other form of electronic communication), with any person who is or may be a victim or witness in the investigation or prosecution of this matter, even with that person's permission. This specifically includes the following persons (whose full identities the government must promptly provide to counsel for Mr. Tuck): P.M., N.M., H.M., E.M., and G.M. (all, Restricted Persons).

If Mr. Tuck accidentally comes in contact with any of the Restricted Persons, or any combination of the Restricted Persons, in any public or private place, then Mr. Tuck must depart/withdraw immediately. This Order includes encounters on public and private roads, highways, and thoroughfares.

Nothing in this Order operates to prohibit or limit the ability of counsel for Mr. Tuck to discharge professional obligations owed to the client.

**IT IS SO ORDERED.**

Dated: <u>February 24, 2026</u>

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE